IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Juarez, Dawn Marie | Case Number:  07 B 17167 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/23/08 | Filed:  9/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:  August 7, 2008
Confirmed:  November 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 24,185.65 | |
| Secured: | | 13,485.08 |
| Unsecured: | | 1,818.70 |
| Priority: | | 1,355.69 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 990.45 |
| Other Funds: | | 6,535.73 |
| Totals: | 24,185.65 | 24,185.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 17,128.11 | 13,029.33 |
| 3. | DaimlerChrysler Servs North America | Secured | 6,336.38 | 455.75 |
| 4. | America's Servicing Co | Secured | 57,610.57 | 0.00 |
| 5. | Internal Revenue Service | Priority | 1,355.69 | 1,355.69 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,032.84 | 1,032.84 |
| 7. | Internal Revenue Service | Unsecured | 0.97 | 0.97 |
| 8. | Portfolio Recovery Associates | Unsecured | 784.89 | 784.89 |
| 9. | Cook County Treasurer | Secured | | No Claim Filed |
| 10. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| 11. | McGrath Clinic SC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 84,249.45 | $ 16,659.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 769.77 |
| 6.5% | 220.68 |
| | _____ |
| | $ 990.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Juarez, Dawn Marie | Case Number: 07 B 17167 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 9/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

